# EXHIBIT A

AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
SIN-TING MARY LIU (282884)
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Facsimile: 850-916-7449
E-mail: mliu@awkolaw.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| BETH BOWEN, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br>v.<br><br>ENERGIZER HOLDINGS, INC., EDGEWELL PERSONAL CARE COMPANY, EDGEWELL PERSONAL CARE BRANDS, LLC, EDGEWELL PERSONAL CARE, LLC, PLAYTEX PRODUCTS, INC., SUN PHARMACEUTICALS, LLC;<br><br>     Defendants. | Case No.: _____<br><br>**CLASS ACTION:**<br><br>DECLARATION OF SIN-TING MARY LIU PURSUANT TO CALIFORNIA CIVIL CODE §1780(d) |

I, Sin-Ting Mary Liu, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California. I am an attorney of the law firm of Aylstock, Witkin, Kreis & Overholtz, PLLC, the counsel of record for plaintiffs in the above-entitled action.

2. Defendants Energizer Holdings, Inc., Edgewell Personal Care Company, Edgewell Personal Care Brands, LLC, Edgewell Personal Care, LLC, Playtex Products, Inc., and Sun Pharmaceuticals, LLC (collectively, "Defendants"), Inc., have done and are doing business in the City and County of Los Angeles, California. Such business includes the distribution, marketing, and sale of numerous Banana Boat sunscreen

products, including Banana Boat Ultra Sport Sunscreen SPF 100, Banana Boat Ultra Sport Sunscreen SPF 50, and Banana Boat Ultra Sport Sunscreen SPF 30.

3. The Class Action Complaint ("CAC") filed in this action is filed in the proper place for trial under Civil Code Section 1780(d) in that a substantial portion of the events alleged in the CAC occurred in Los Angeles County, California. Specifically, Plaintiff Bowen purchased Banana Boat Ultra Sport Sunscreen SPF 100, Banana Boat Ultra Sport Sunscreen SPF 50, and Banana Boat Ultra Sport Sunscreen SPF 30, from Rite Aid, located at 23 Peninsula Center, Palos Verdes Peninsula, CA 90274, and CVS, located at 901 Silver Spur Rd., Rolling Hills Estates, CA 90274.

4. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 25 day of May 2021.

By: _____
AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
SIN-TING MARY LIU (282884)
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Facsimile: 850-916-7449
E-mail: mliu@awkolaw.com
Attorneys for Plaintiff