UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| BETH BOWEN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ENERGIZER HOLDINGS, INC., EDGEWELL PERSONAL CARE COMPANY, EDGEWELL PERSONAL CARE BRANDS, LLC, EDGEWELL PERSONAL CARE, LLC, PLAYTEX PRODUCTS, INC., SUN PHARMACEUTICALS, LLC;<br><br>Defendants. | Case No.: CV 21-4356-MWF (AGRx)<br><br>**ORDER GRANTING STIPULATION TO EXTEND PAGE LIMITS** |

The Court notes that the lodged and emailed proposed Order did not reflect the parties' agreement. This Order has been corrected to conform with the parties' Stipulation.

Upon consideration of the parties' Stipulation to Extend Page Limits (Docket No. 56), IT IS ORDERED that Plaintiff's 38-page Memorandum in Opposition to Defendants' Motion to Dismiss (Docket No. 55) is accepted as filed.

Dated: November 9, 2021

_____
MICHAEL W. FITZGERALD
United States District Judge