STINSON LLP
John W. Moticka MOSB 31760 (*admitted pro hac vice*)
john.moticka@stinson.com
7700 Forsyth Blvd, Suite 1100,
St. Louis, Missouri 63105
Telephone: 314.259.4562 Facsimile: 314. 259-4467

Megan McCurdy MOSB 60071 (*admitted pro hac vice*)
megan.mccurdy@stinson.com
Ashley Crisafulli MOSB 71852 (*admitted pro hac vice*)
ashley.crisafulli@stinson.com
1201 Walnut, Suite 2900
Kansas City, Missouri 64106
Telephone: 816.691.2649 Facsimile: 816.412.9733

GORDON & REES, LLP
John P. Katerndahl (127646)
jkaterndahl@grsm.com
5 Park Plaza, Suite 1100
Irvine, CA 92614
Telephone: 949.255.6950 Facsimile: 949.474.2060

*Attorneys for Defendants*

AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC
R. Jason Richards (admitted *pro hac vice*)
jrichards@awkolaw.com
Sin-Ting Mary Liu
mliu@awkolaw.com
17 E. Main St., Suite 200
Pensacola, FL 32501
Telephone: 850.202.1010 Facsimile: 850.916.7449

BRADLEY GROMBACHER LLP
Kiley Lynn Grombacher
kgrombacher@bradleygrombacher.com
Marcus Bradley
mbradley@bradleygrombacher.com
31365 Oak Creek Drive Suite 240
Westlake Village, CA 91361
Telephone: 805-270-7100 Facsimile 805-270-7589
Email: kgrombacher@bradleygrombacher.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

BETH BOWEN, Individually and on Behalf of All Others Similarly Situated,

Plaintiff,

v.

ENERGIZER HOLDINGS, INC., EDGEWELL PERSONAL CARE COMPANY, EDGEWELL PERSONAL CARE BRANDS, LLC, EDGEWELL PERSONAL CARE, LLC, PLAYTEX PRODUCTS, INC., SUN PHARMACEUTICALS, LLC,

Defendants.

Case No. 2:21-cv-04356-MWF-AGR

**Stipulation of Dismissal**

## **STIPULATION**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Beth Bowen and Defendants Energizer Holdings, Inc., Edgewell Personal Care Company, Edgewell Personal Care Brands, LLC, Edgewell Personal Care, LLC, Playtex Products, LLC, and Sun Pharmaceuticals, LLC hereby stipulate and agree to the dismissal of this action with prejudice as to Plaintiff Beth Bowen's individual claims and without prejudice as to the claims of the proposed class members. Each party shall bear its own attorneys' fees and costs.

Dated: January 9, 2025

AYLSTOCK, WITKIN, KREIS & OVERHOLTZ, PLLC

*/s/ R. Jason Richards*
R. Jason Richards (*admitted pro hav vice*)

*/s/ Sin-Ting Mary Liu*
Sin-Ting Mary Liu

BRADLEY GROMBACHER LLP

*/s/ Kiley Grombacher*
Kiley Lynn Grombacher

|   |   |
|---|---|
|   | /s/ Marcus Bradley |
|   | Marcus Bradley |

**Attorneys for Plaintiff**

Dated: January 9, 2025    STINSON LLP

/s/ John W. Moticka
John W. Moticka (*admitted pro hac vice*)

/s/ Megan McCurdy
Megan McCurdy (*admitted pro hac vice*)

/s/ Ashley M. Crisafulli
Ashley M. Crisafulli (*admitted pro hac vice*)

GORDON & REES, LLP

/s/ John P. Katerndahl
John P. Katerndahl (127646)

**Attorneys for Defendants**

## ATTESTATION

I, R. Jason Richards, am the CM/ECF user whose ID and password are being used to file this Stipulation of Dismissal. Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf this filing is jointly submitted, concur in the filing's content and have authorized the filing.

/s/  R. Jason Richards

R. Jason Richards (*admitted pro hav vice*)

**PROOF OF SERVICE DECLARATION**

On January 9, 2025, Plaintiff filed this Stipulation of Dismissal. Pursuant to L.R. 5-3.2, upon the electronic filing of the document, a Notice of Electronic Filing will be automatically generated by the CM/ECF System and sent by e-mail to all counsel of record.

Dated:   January _9__, 2025         By:   */s/ R. Jason Richards*